UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 07 B 06801
    CHERYL BRADEE FITZPATRICK SMITH
                                                 CHAPTER 13

                                                 JUDGE: JACQUELINE P COX


          Debtor
    SSN XXX-XX-6135

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 04/16/2007 and was not confirmed.

    The case was transfer to marilyn marshall 07/16/2007.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| EMC MORTGAGE CORPORATION | CURRENT MORTG | .00 | .00 | .00 |
| EMC MORTGAGE CORPORATION | SECURED NOT I | .00 | .00 | .00 |
| EMC MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | 4120.00 | .00 | .00 |
| EMC MORTGAGE | SECURED NOT I | .00 | .00 | .00 |
| GE CONSUMER FINANCE | UNSECURED | 2093.55 | .00 | .00 |
| PRO SE DEBTOR | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | .00 |

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 .00

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                       .00
ADMINISTRATIVE                                  .00
TRUSTEE COMPENSATION                            .00
DEBTOR REFUND                                   .00
                   ---------------      ---------------
TOTALS                  .00                     .00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.



                              /s/ Tom Vaughn
    Dated: 10/18/07           _____

                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE